UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Cory Beck,<br><br>　　　　　　　Defendant. | No. 2:20-cr-0149-KJM |
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Jonas Jarut,<br><br>　　　　　　　Defendant. | No. 2:20-cr-0223-KJM |
| United States of America,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>Patricia Castaneda,<br><br>　　　　　　　Defendant. | No. 2:21-cr-0015-MCE |

1

| | |
|---|---|
| United States of America,<br><br>                  Plaintiff,<br><br>    v.<br><br>Eric Castaneda,<br><br>                  Defendant. | No. 2:21-cr-0030-JAM<br><br>ORDER RELATING CASES |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). All of these actions arise from similar alleged thefts and sales of Apple MacBooks, and the participants in the alleged thefts and sales largely overlap. The actions thus "involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." E.D. Cal. L.R. 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge—it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED:

1. That 2:21-cr-0015-MCE is reassigned from Morrison C. England to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:21-cr-0015-KJM.

2. That 2:21-cr-0030-JAM is reassigned from John A. Mendez to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:21-cr-0030-KJM.

/////

/////

/////

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: February 17, 2021.

CHIEF UNITED STATES DISTRICT JUDGE