```
SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
```

Attorneys for Defendant **CORY BECK**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : **Case No. 2:20-CR-149-KJM** |
| **Plaintiff,** | : |
| | : **STIPULATION TO AND (PROPOSED)** |
| vs. | : **ORDER EXTENDING SURRENDER DATE** |
| | : |
| **CORY BECK,** | : |
| | : |
| **Defendant.** | : |

Defendant CORY BECK hereby submits the following Stipulation and (Proposed) Order Extending the Surrender Date in this case from Monday, December 6, 2021, to Monday, January, 10, 2022.

Date: November 29, 2021        Respectfully submitted,

_/s/ James T. Reilly_____
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
Counsel for Defendant **CORY BECK**

**STIPULATION TO EXTENDING SURRENDER DATE**

Defendant CORY BECK, by and through counsel James T. Reilly, Attorney at Law, and the United States of America, by and through counsel, Assistant United States Attorney Matthew Thuesen, hereby agree and stipulate that:

1. Pursuant to the court's pronouncement of judgment and sentence entered in this case on June 14, 2021, Mr. Beck was ordered to serve a sentence of three months in prison and was further ordered to surrender to serve that sentence not later than 2:00 pm, Monday, December 6, 2021.

2. So as to permit Mr. Beck to be at home with family over the Christmas holiday, the parties hereby stipulate that the date by which he must surrender be extended to not later than 2:00 pm, Monday, January 10, 2022.

IT IS SO STIPULATED.

_____
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
On behalf of Defendant CORY BECK

Date:   November 29, 2021

/s/ Matthew Thuesen
_____
Assistant United States Attorney Matthew Thuesen
On behalf of the United States of America

**ORDER EXTENDING SURRENDER DATE**

The court having considered the stipulation of the parties regarding extension of the date by which Defendant Cory Beck must surrender to begin serving his sentence of three months in prison, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

Defendant Cory Beck shall surrender to begin serving his prison sentence in this case not later than 2:00 pm, Monday, January 10, 2022.

IT IS SO ORDERED.

DATED:   December 2, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE