1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | United States of America,              No. 2:22-cr-00051-WBS
12 |            Plaintiff,
13 |       v.
14 | Philip James,
15 |            Defendant.
16 |
17 | United States of America,              No. 2:20-CR-149 KJM
18 |            Plaintiff,
19 |       v.
20 | Cory Beck,
21 |            Defendant.
22
23 | United States of America,              No. 2:20-CR-223 KJM
24 |            Plaintiff,
25 |       v.
26 | Jonas Jarut,
27 |            Defendant.
28

1

| | |
|---|---|
| United States of America,<br><br>           Plaintiff,<br><br>    v.<br><br>Patricia Castaneda,<br><br>           Defendant. | No. 2:21-CR-15 KJM |
| United States of America,<br><br>           Plaintiff,<br><br>    v.<br><br>Eric Castaneda,<br><br>           Defendant. | No. 2:21-CR-30 KJM<br><br>**RELATED CASE ORDER** |

Examination of the above-captioned actions reveals that they are related within the meaning of Local Rule 123(a). Here, all "actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3). Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:22-CR-00051 is reassigned from Senior Judge William B. Shubb to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: 2:22-CR-00051 KJM.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: March 17, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE